USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, et al.,

                    Plaintiffs,

-against-

IMPERIAL EVENTS SECURITY SERVICES, LLC,

                    Defendant.

23-CV-04180 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

    On July 29, 2025, Plaintiffs filed a motion for a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). *See* Dkt. No. 11.

    It is hereby ORDERED that Defendant Imperial Events Security Services, LLC file any opposition to the motion for default judgment by **August 29, 2025**.

    It is further ORDERED that Plaintiffs serve Defendant with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **August 4, 2025**. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

Dated: July 30, 2025
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge